**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIAS DOMINIQUE RAGGS | No. 23 CR 303<br><br>Hon. Edmund E. Chang |

**DEFENDANT'S AGREED MOTION TO MODIFY**
**CONDITION OF SUPERVISED RELEASE**

Defendant Elias Dominique Raggs, through counsel, respectfully moves this Court pursuant to Federal Rule of Criminal Procedure 32.1(c) to modify Discretionary Condition (11) (community confinement) of his supervised release to be used at discretion if community confinement becomes necessary to support Mr. Raggs' successful reintegration. Mr. Raggs' Probation Officer has no objection to modifying the community confinement condition. Probation verified Mr. Raggs' current residence at 811 South Keeler Avenue, 1st floor, Chicago, IL 60624, on November 7, 2025, and it was approved. Counsel for the Government has no objection to this request. In support thereof, Mr. Raggs states as follows:

1. On August 14, 2025, the Court issued an Order setting the conditions of release for Mr. Raggs upon his release from imprisonment. ECF No. 25.

2. The community confinement condition of supervised release requires Mr. Raggs to "reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of up to 120 days."

3. Mr. Raggs was released from imprisonment on October 24, 2025.

4. Since Mr. Raggs' release from imprisonment, he has been living with his father at 811 South Keeler Avenue, 1st floor, Chicago, IL 60624.

5. Given Mr. Raggs' current living arrangement, he is residing in a stable, supportive, and suitable environment. This arrangement provides the necessary structure and oversight to facilitate his successful reintegration into the community. As a result, community confinement is not warranted.

6. On November 19, 2025, counsel for Mr. Raggs spoke with the Government, and the Government did not object to this motion.

7. On December 1, 2025, Probation provided to counsel for Mr. Raggs and counsel for the Government its position on modifying the community confinement condition as follows: "Probation has no objection to modifying the community confinement condition to be used at discretion if Mr. Raggs needs it. Probation verified his current residence at 811 South Keeler Avenue, 1st floor, Chicago, IL 60624, on November 7, 2025, and it was approved."

WHEREFORE, for the reasons set forth above, Mr. Raggs respectfully requests that the Court modify the community confinement condition of his supervised release to be used at discretion if Mr. Raggs needs it.

Dated: December 15, 2025

Respectfully submitted,

*/s/ Katherine Pokorny*
Pravin B. Rao
Katherine Pokorny
Perkins Coie LLP
110 North Wacker, Suite 3400
Chicago, IL 60606-1511
(312) 324-8400
prao@perkinscoie.com
kpokorny@perkinscoie.com

*Attorneys for Defendant Elias Dominique Raggs*